HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANDRAS FARKAS, CA Bar #254302
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ROBERT J. BEJARANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 1:15-cr-00229 DAD-BAM- (002) |
|---|---|
| Plaintiff, | ) |
| v. | ) WAIVER OF DEFENDANT'S PERSONAL<br>) PRESENCE; ORDER THEREON |
| ROBERT J. BEJARANO, | ) |
| Defendant. | ) |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, Robert J. Bejarano, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

///

///

| | | |
|---|---|---|
| 1 | DATED: December 9, 2015 | */s/ ROBERT BEJARANO* <br> ROBERT J. BEJARANO |
| | | |
| 3 | DATED: December 9, 2015 | */s/Andras Farkas* <br> ANDRAS FARKAS <br> Assistant Federal Defender <br> Attorney for Defendant <br> ROBERT J. BEJARANO |

**O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all proceedings until further order.

IT IS SO ORDERED.

Dated: **December 9, 2015**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE